Gary William HANDLEY, Appellant,

v.

Marjorie Mae HANDLEY, Respondent.

No. WD 43883.

Missouri Court of Appeals, Western District.

Dec. 10, 1991.

James Leslie Thomas, Waynesville, for appellant.

Michael Dunbar, Waynesville, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from Decree of Dissolution challenging portions of decree regarding division of marital property and marital debt and the award of child support and maintenance.

Judgment affirmed. Rule 84.16(b).